Andrew J. Christensen (SBN: 260748)
Law Offices of Andrew J. Christensen, P.C.
2063 Mountain Blvd. Suite 2
Oakland, CA 94611
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Debtor and Appellant
Melissa Wilkerson

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the matter of:<br><br>Melissa Wilkerson<br>Debtor and Appellant | District Court Case No.: 26-cv-03788-EKL<br><br>Bankruptcy Case: 25-40564 DM<br>Chapter 13<br><br>**Stipulation to Modify Scheduling Order**<br><br>On Appeal from the U.S. Bankruptcy Court, N.D. Cal., Oakland Division<br><br>Hon. Eumi K. Lee, U.S.D.J. |

This *Stipulation to Modify Scheduling Order* ("Stipulation") is entered into between *Debtor/Appellant* Melissa Wilkerson ("Appellant") and *Creditors/Appellees* NewRez LLC dba Shellpoint Mortgage Servicing ("Shellpoint") and NBS Default Services, LLC ("NBS," and together with Shellpoint, the "Appellees"), collectively, the "Parties", by and through their counsel of record.

**Recitals**

1. On April 22, 2026, Appellant commenced this action by filing a Notice of

2. Appeal and Statement of Election in the United States Bankruptcy Court for the Northern District of California.

3. On April 30, 2026, the Notice of Appeal from Bankruptcy Court was received by the District Court.

4. On April 30, 2026, the District Court issued a Briefing Scheduling Order, docket 2, providing that the deadline for filing the opening brief on appeal is 30 days after notice filed on this district court's docket that the record is available electronically.

5. On June 18, 2026, the Bankruptcy Court certificate of record on appeal was entered on this Court's docket as entry 3.

6. The current deadline to file Appellant's opening brief on appeal is July 20, 2026.

7. Counsel for the parties agreed to a 30-day extension of the time to file Appellant's opening brief. The new deadline is August 19, 2026.

**Stipulation**

The parties hereby stipulate to change the deadline for Appellant's opening brief on appeal from July 20, 2026 to August 19, 2026.

DATED: July 13, 2026

/s/ Andrew J. Christensen
Andrew J. Christensen
Attorney for Melissa Wilkerson

DATED: July 13, 2026

/s/ Arnold L. Graff
Arnold L. Graff
Attorney for Creditor NBS Default Services, LLC

DATED: July 13, 2026

/s/ Dane W. Exnowski

Dane W. Exnowski
Attorney for NewRez LLC dba
ShellpointMortgage Servicing

CERTIFICATION

I, Andrew J. Christensen, am the ECF user filing this document, and I attest

that I have obtained the consent and concurrence of those whose names appear above.

DATED: Julv 13. 2026

/s/ Andrew J. Christensen

Andrew J. Christensen
Attorney for Melissa Wilkerson